Empire Properties Corporation and Others v. Manufacturers Trust Company, as Trustee, etc., and Others.— Motion for leave to appeal to the Court

of Appeals granted. [See *ante*, p. 166.] Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.